UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

                  Plaintiff,

Case No. 1:22-CV-5877

-against-

THE BURLINGTON INSURANCE COMPANY,

                  Defendant.
-------------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED AND AGREED that copies of this stipulation with facsimile signatures and/or counterparts may be used for all purposes in lieu of an original stipulation with original signatures.

Dated: New York, New York
       October 11, 2022

| */s/ Tung Sing Wong* | */s/ Anna Karin Arbuznikov* |
|---|---|
| By:_____ | By:_____ |
| Tung Sing Wong | Anna Karin Arbuznikov |
| Usery & Associates | Adrian & Associates, LLC |
| *Attorneys for Travelers Casualty Company of America* | *Attorneys for The Burlington Insurance Company* |
| P.O. Box 2996 | 330 East 48th Street, 2nd Floor |
| Hartford, CT 06104 | New York, NY 10017 |
| (917) 778-6429 | (646) 354-6572 |

8505642.1