USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

                        Plaintiff,

-against-

THE BURLINGTON INSURANCE COMPANY,

                        Defendant.
-------------------------------------------------------------------X

**MEMORANDUM ENDORSED**

Case No. 1:22-CV-5877

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED AND AGREED that copies of this stipulation with facsimile signatures and/or counterparts may be used for all purposes in lieu of an original stipulation with original signatures.

Dated: New York, New York
       October 11, 2022

| /s/ Tung Sing Wong | /s/ Anna Karin Arbuznikov |
|---|---|
| By:_____ | By:_____ |
| Tung Sing Wong | Anna Karin Arbuznikov |
| Usery & Associates | Adrian & Associates, LLC |
| *Attorneys for Travelers Casualty Company of America* | *Attorneys for The Burlington Insurance Company* |
| P.O. Box 2996 | 330 East 48th Street, 2nd Floor |
| Hartford, CT 06104 | New York, NY 10017 |
| (917) 778-6429 | (646) 354-6572 |

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 11, 2022
New York, New York

                                              _____
                                              GREGORY H. WOODS
                                          United States District Judge